# NO. 12-24-00092-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *DWIGHT CALLIER AND FRAN CALLIER, APPELLANTS* | § | *APPEAL FROM THE* |
| | § | *COUNTY COURT AT LAW* |
| *V.* | | |
| *NEW DOOR PROPERTIES, LLC, APPELLEE* | § | *SMITH COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellants Dwight Callier and Fran Callier filed an unopposed motion to dismiss this appeal. The motion to dismiss is **_granted_**, and the appeal is **_dismissed_**. *See* TEX. R. APP. P. 42.1(a). Costs are taxed against the party incurring same.

Opinion delivered May 31, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MAY 31, 2024**

**NO. 12-24-00092-CV**

**DWIGHT CALLIER AND FRAN CALLIER,**
Appellants
V.
**NEW DOOR PROPERTIES, LLC,**
Appellee

Appeal from the County Court at Law
of Smith County, Texas (Tr.Ct.No. 76481)

THIS CAUSE came on to be heard on the unopposed motion of the Appellants to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J*